Eduard Korsinsky (EK-8989)
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

(Additional counsel appear on signature page)

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASON KERZNOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>OPKO HEALTH, INC., PHILLIP FROST, ADAM LOGAL, AND JUAN F. RODRIGUEZ,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-13834<br><br><br><br><br><br><br><br>Hon. Stanley R. Chesler<br>Magistrate Judge Cathy L. Waldor |

**MOTION OF THE OPKO INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on November 13, 2018, or as soon thereafter as counsel may be heard, Richard Cardilli, Anthony T. DeRosa, Tawei Ho, Charles Saulson, and Connie Wendt (the "OPKO Investor Group" or "Movant"), by and through their counsel, shall move before the Honorable Stanley R. Chesler, United States District Court, District for New Jersey, for an Order: (1) appointing Movant as the Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") and Bragar Eagel & Squire, P.C. ("Bragar"), as Co-Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Movant makes this Motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because: (1) it has incurred the largest financial interest in the relief sought by the Class as a result of the OPKO Investor Group's purchases of OPKO Health, Inc. securities during the Class Period; and (2) it satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

Movant further requests that the Court approve Movant's selection of Levi & Korsinsky and Bragar as Co-Lead Counsel for the Class. Levi & Korsinsky and Bragar have actively investigated the allegations raised against Defendants. Further, Levi & Korsinsky and Bragar are nationally-recognized law firms with significant class action, fraud, and complex litigation experience, with the resources to effectively and properly pursue this Action.

The facts and law supporting this Motion are fully set forth in the accompanying Memorandum in Support of the Motion of the OPKO Investor Group for Appointment as Lead

Plaintiff and Approval of Selection of Counsel and the Declaration of Eduard Korsinsky in Support of the Motion of the OPKO Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

**WHEREFORE,** for all of the reasons set forth herein and in the Memorandum in Support of the Motion of the OPKO Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel and the Declaration of Eduard Korsinsky in Support of the Motion of the OPKO Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel, submitted herewith, Movant respectfully request that this Court: (1) appoint the OPKO Investor Group as Lead Plaintiff; (2) approve Levi & Korsinsky and Bragar as Co-Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: November 13, 2018

Respectfully Submitted,

**LEVI & KORSINSKY LLP**

*/s/ Eduard Korsinsky*
Eduard Korsinsky (EK-8989)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com

- and -

Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

- and -

**BRAGAR EAGEL & SQUIRE P.C.**
Melissa A. Fortunato
Shaelyn Gambino Morrison
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email:  fortunato@bespc.com
　　　　gambino-morrison@bespc.com

*Co-Counsel for Movant and [Proposed] Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2018, true and correct copies of the Motion of the OPKO Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel; the Memorandum in Support of the Motion of the OPKO Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel; the Declaration of Eduard Korsinsky in Support of the Motion of the OPKO Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel (with Exhibits A-F); and the [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Choice of Counsel were served via this Court's ECF system to all counsel of record as identified on the Notice of Electronic Filing (NEF), and electronically sent to those indicated as non-registered participants.

*/s/ Eduard Korsinsky*
Eduard Korsinsky