# Exhibit B

**Loss Chart**
Losses of Richard Cardilli in OPKO Health, Inc. (OPK)

| Client Name | Richard Cardilli | | | | | |
|---|---|---|---|---|---|---|
| Company Name | OPKO Health, Inc. | 90 Day Lookback Average | $3.74 | LIFO Loss | $ | (103,250.00) |
| Ticker Symbol | OPK | | | | | |
| Class Period Start | 9/26/2013 | | | | | |
| Class Period End | 9/7/2018 | | | | | |

**Account 1**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-27-2015 | 1,000 | $ 10.99 | $10,990.00 | 03-08-2018 | 1,000 | $ 03.26 | $3,260.00 | | | | $ (7,730.00) |
| 11-09-2015 | 1,000 | $ 10.01 | $10,010.00 | 03-08-2018 | 1,000 | $ 03.26 | $3,260.00 | | | | $ (6,750.00) |
| 04-20-2017 | 586 | $ 07.57 | $4,436.02 | 03-08-2018 | 586 | $ 03.26 | $1,910.36 | | | | $ (2,525.66) |
| 04-25-2017 | 2,000 | $ 07.84 | $15,680.00 | 03-08-2018 | 2,000 | $ 03.26 | $6,520.00 | | | | $ (9,160.00) |
| 05-08-2017 | 1,000 | $ 07.23 | $7,230.00 | 03-08-2018 | 1000 | $ 03.26 | $3,260.00 | | | | $ (3,970.00) |
| | 5,586 | | $48,346.02 | | 5,586 | | $18,210.36 | | | | $ (30,135.66) |
| TOTALS | Shares Purchased | | Cost | | Shares Sold | | Proceeds from Sales | Retained Shares | | Retained Value | Loss |

**Account 2**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-26-2015 | 2000 | $ 17.72 | $35,440.00 | 03-08-2018 | 2000 | $ 03.26 | $6,520.00 | | | | $ (28,920.00) |
| 06-29-2015 | 1000 | $ 15.52 | $15,520.00 | 03-08-2018 | 1000 | $ 03.26 | $3,260.00 | | | | $ (12,260.00) |
| 07-21-2015 | 2000 | $ 16.02 | $32,040.00 | 03-08-2018 | 2000 | $ 03.26 | $6,520.00 | | | | $ (25,520.00) |
| 01-27-2016 | 1000 | $ 07.89 | $7,890.00 | 03-08-2018 | 1000 | $ 03.26 | $3,260.00 | | | | $ (4,630.00) |
| 04-20-2017 | 414 | $ 07.57 | $3,133.98 | 03-08-2018 | 414 | $ 03.26 | $1,349.64 | | | | $ (1,784.34) |
| 03-02-2018 | 6000 | $ 02.78 | $16,680.00 | 03-08-2018 | 6000 | $ 03.26 | $19,560.00 | | | | |
| | 12,414 | | $110,703.98 | | 12,414 | | $40,469.64 | | | | $ (73,114.34) |
| TOTALS | Shares Purchased | | Cost | | Shares Sold | | Proceeds from Sales | Retained Shares | | Retained Value | Loss |

**Loss Chart**
Losses of Anthony T. DeRosa in OPKO Health, Inc. (OPK)

| Client Name | Anthony T. DeRosa | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Company Name | OPKO Health, Inc. | | 90 Day Lookback Average | $3.74 | LIFO Damages | $ (194,324.11) | | | |
| Ticker Symbol | OPK | | | | | | | | |
| Class Period Start | 9/26/2013 | | | | | | | | |
| Class Period End | 9/7/2018 | | | | | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/2/2016 | 2,000 | $9.92 | $19,840.00 | 9/21/2016 | 2,000 | $10.40 | 20,800.00 | | | | $ 960.00 |
| 9/28/2016 | 600 | $10.93 | $6,558.00 | | | | | 600 | $3.74 | $2,244.77 | $ (4,313.23) |
| 9/28/2016 | 2,200 | $10.93 | $24,046.00 | | | | | 2,200 | $3.74 | $8,230.81 | $ (15,815.19) |
| 9/28/2016 | 200 | $10.93 | $2,186.00 | | | | | 200 | $3.74 | $748.26 | $ (1,437.74) |
| 10/7/2016 | 2,000 | $9.85 | $19,700.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (12,217.45) |
| 10/7/2016 | 2,000 | $9.81 | $19,620.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (12,137.45) |
| 10/12/2016 | 1,000 | $9.51 | $9,510.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (5,768.72) |
| 10/21/2016 | 1,000 | $9.39 | $9,390.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (5,648.72) |
| 11/4/2016 | 1,000 | $9.66 | $9,660.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (5,918.72) |
| 11/8/2016 | 2,000 | $9.33 | $18,660.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (11,177.45) |
| 11/8/2016 | 1,000 | $9.02 | $9,020.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (5,278.72) |
| 11/21/2016 | 1,000 | $10.42 | $10,420.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (6,678.72) |
| 11/22/2016 | 1,000 | $10.25 | $10,250.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (6,508.72) |
| 1/5/2017 | 3,000 | $9.09 | $27,270.00 | | | | | 3,000 | $3.74 | $11,223.83 | $ (16,046.17) |
| 1/5/2017 | 2,000 | $9.09 | $18,180.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (10,697.45) |
| 1/17/2017 | 2,000 | $9.12 | $18,240.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (10,757.45) |
| 1/18/2017 | 2,000 | $8.90 | $17,800.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (10,317.45) |
| 1/18/2017 | 1,000 | $8.96 | $8,960.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (5,218.72) |
| 2/8/2017 | 1,200 | $8.13 | $9,756.00 | | | | | 1,200 | $3.74 | $4,489.53 | $ (5,266.47) |
| 2/8/2017 | 1,800 | $8.13 | $14,634.00 | | | | | 1,800 | $3.74 | $6,734.30 | $ (7,899.70) |
| 2/23/2017 | 1,000 | $8.39 | $8,390.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (4,648.72) |
| 2/28/2017 | 1,000 | $8.50 | $8,500.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (4,758.72) |
| 3/2/2017 | 2,000 | $7.73 | $15,460.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (7,977.45) |
| 3/3/2017 | 1,000 | $7.53 | $7,530.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (3,788.72) |
| 5/15/2017 | 2,000 | $6.94 | $13,880.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (6,397.45) |
| 7/14/2017 | 2,000 | $6.19 | $12,380.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (4,897.45) |
| 8/3/2017 | 3,000 | $6.15 | $18,450.00 | | | | | 3,000 | $3.74 | $11,223.83 | $ (7,226.17) |
| 11/16/2017 | 2,000 | $4.69 | $9,380.00 | | | | | 2,000 | $3.74 | $7,482.55 | $ (1,897.45) |
| 1/31/2018 | 546 | $4.48 | $2,446.08 | | | | | 546 | $3.74 | $2,042.74 | $ (403.34) |
| 1/31/2018 | 454 | $4.48 | $2,033.92 | | | | | 454 | $3.74 | $1,698.54 | $ (335.38) |
| 2/2/2018 | 2,000 | $4.31 | $8,620.00 | 7/18/2018 | 2,000 | $6.26 | $12,520.00 | | | | $ 3,900.00 |
| 2/12/2018 | 900 | $4.01 | $3,609.00 | 7/18/2018 | 900 | $6.26 | $5,634.00 | | | | $ 2,025.00 |
| 2/12/2018 | 100 | $4.01 | $401.00 | 7/18/2018 | 100 | $6.27 | $627.00 | | | | $ 226.00 |
| **TOTALS** | **Shares Purchased** | | **Cost** | | **Shares Sold** | | **Proceeds from Sales** | **Retained Shares** | | **Retained Value** | **Loss** |
| | 48,000 | | $394,780.00 | | 5,000 | | $39,581.00 | 43,000 | | $160,874.89 | $ (194,324.11) |

**Loss Chart**
Losses of Tawei Ho in OPKO Health, Inc. (OPK)

| Client Name | Tawei Ho | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Company Name | OPKO Health, Inc. | **90 Day Lookback Average** | $3.74 | | **LIFO Loss** | $ (155,177.67) | | |
| Ticker Symbol | OPK | | | | | | | |
| Class Period Start | 9/26/2013 | | | | | | | |
| Class Period End | 9/7/2018 | | | | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-30-2016 | 600 | $ 10.21 | $6,123.00 | 06-01-2016 | 600 | $10.52 | $6,312.00 | | | | $ 189.00 |
| 03-30-2016 | 3,598 | $ 10.21 | $36,735.22 | 06-01-2017 | 3,598 | $10.52 | $37,850.96 | | | | $ 1,115.74 |
| 03-30-2016 | 802 | $ 10.20 | $8,180.48 | 06-01-2018 | 802 | $10.52 | $8,437.04 | | | | $ 256.56 |
| 05-02-2016 | 500 | $ 10.20 | $5,097.50 | 06-01-2019 | 500 | $10.52 | $5,260.00 | | | | $ 162.50 |
| 05-02-2016 | 4,500 | $ 10.20 | $45,889.20 | 06-01-2020 | 4,500 | $10.52 | $47,340.00 | | | | $ 1,450.80 |
| 06-14-2016 | 4,700 | $ 09.04 | $42,488.00 | 07-13-2016 | 4,700 | $9.67 | $45,449.00 | | | | $ 2,961.00 |
| 06-14-2016 | 5,300 | $ 09.04 | $47,912.00 | 07-13-2016 | 5,300 | $9.68 | $51,304.00 | | | | $ 3,392.00 |
| 11-15-2016 | 11,774 | $ 10.22 | $120,330.28 | | | | | 11,774 | $3.74 | $44,049.79 | $ (76,280.49) |
| 11-15-2016 | 1,694 | $ 10.22 | $17,312.68 | 9/14/2018 | 1,694 | $4.44 | $7,528.14 | | | | $ (9,784.54) |
| 11-15-2016 | 1,532 | $ 10.22 | $15,657.04 | 9/14/2018 | 1,532 | $4.44 | $6,808.21 | | | | $ (8,848.83) |
| 12-30-2016 | 8,105 | $ 09.15 | $74,160.75 | 9/14/2018 | 8,105 | $4.44 | $36,018.62 | | | | $ (38,142.13) |
| 12-30-2016 | 6,800 | $ 09.15 | $62,220.00 | 9/14/2018 | 6,800 | $4.44 | $30,219.20 | | | | $ (32,000.80) |
| 12-30-2016 | 95 | $ 09.15 | $869.25 | 9/14/2018 | 95 | $4.44 | $422.18 | | | | $ (447.07) |
| 12-30-2016 | 15,000 | $ 09.15 | $137,250.00 | 12-30-2016 | 15,000 | $9.20 | $138,000.00 | | | | $ 750.00 |
| 02-06-2017 | 700 | $ 08.25 | $5,775.00 | 03-28-2017 | 700 | $8.27 | $5,789.00 | | | | $ 14.00 |
| 02-06-2017 | 200 | $ 08.26 | $1,652.00 | 03-28-2017 | 200 | $8.26 | $1,651.00 | | | | $ (1.00) |
| 02-06-2017 | 4,200 | $ 08.26 | $34,692.00 | 03-28-2017 | 4,200 | $8.26 | $34,683.60 | | | | $ (8.40) |
| 02-06-2017 | 600 | $ 08.26 | $4,956.00 | 03-28-2017 | 600 | $8.25 | $4,950.00 | | | | $ (6.00) |
| 02-06-2017 | 700 | $ 08.26 | $5,782.00 | 03-28-2017 | 700 | $8.28 | $5,796.00 | | | | $ 14.00 |
| 02-06-2017 | 3,600 | $ 08.26 | $29,736.00 | 03-28-2017 | 3,600 | $8.27 | $29,772.00 | | | | $ 36.00 |
| **TOTALS** | 75,000 Shares Purchased | | $702,818.40 Cost | | 63,226 Shares Sold | | $44,049.79 Proceeds from Sales | 11,774 Retained Shares | | $44,049.79 Retained Value | $ (155,177.67) Loss |

**Loss Chart**
Losses of Charles Saulson in OPKO Health, Inc. (OPK)

| Client Name | Charles Saulson | | | | | |
|---|---|---|---|---|---|---|
| Company Name | OPKO Health, Inc. | **90 Day Lookback Average** | $3.74 | | **LIFO Loss** | $ (146,195.32) |
| Ticker Symbol | OPK | | | | | |
| Class Period Start | 9/26/2013 | | | | | |
| Class Period End | 9/7/2018 | | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-04-2015 | 5,000 | $ 18.15 | $90,750.00 | | | | | 5,000 | $3.74 | $18,706.38 | $ (72,043.62) |
| 06-09-2015 | 5,000 | $ 16.09 | $80,442.80 | | | | | 5,000 | $3.74 | $18,706.38 | $ (61,736.42) |
| 10-19-2015 | 2,000 | $ 09.95 | $19,897.84 | | | | | 2,000 | $3.74 | $7,482.55 | $ (12,415.29) |
| **TOTALS** | 12,000 Shares Purchased | | $191,090.64 Cost | | Shares Sold | | Proceeds from Sales | 12,000 Retained Shares | | 44,895 Retained Value | $ (146,195.32) Loss |

**Loss Chart**
Losses of Connie Wendt in OPKO Health, Inc. (OPK)

| Client Name | Connie Wendt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | OPKO Health, Inc. | | **90 Day Lookback Average** | $3.74 | **LIFO Damages** | $ | (110,091.84) | | | |
| Ticker Symbol | OPK | | | | | | | | | |
| Class Period Start | 9/26/2013 | | | | | | | | | |
| Class Period End | 9/7/2018 | | | | | | | | | |

**Account 1**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/28/2015 | 2,000 | $11.43 | $22,860.00 | 8/25/2016 | 2,000 | $9.11 | $18,220.00 | | | | $ (4,640.00) |
| PRE-CLASS PERIOED PURCHASES | | | | 8/25/2016 | 2,000 | $9.11 | MATCHED TO PRE-CLASS PERIOD PURCHASES | | | | |
| 11/9/2016 | 2,000 | $9.48 | $18,960.00 | 12/9/2016 | 2,000 | $11.03 | $22,060.00 | | | | $ 3,100.00 |
| 12/16/2016 | 4,000 | $11.87 | $47,480.00 | | | | | 4,000 | $3.74 | $14,965.11 | $ (32,514.89) |
| 12/23/2016 | 2,000 | $11.58 | $23,160.00 | 12/23/2016 | 2,000 | $11.73 | $23,460.00 | | | | $ 300.00 |
| 1/3/2017 | 1600 | $9.20 | $14,720.00 | | | | | 1,600 | $3.74 | $5,986.04 | $ (8,733.96) |
| 1/3/2017 | 710 | $9.22 | $6,546.20 | | | | | 710 | $3.74 | $2,656.31 | $ (3,889.89) |
| 1/3/2017 | 1,000 | $9.18 | $9,180.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (5,438.72) |
| 1/3/2017 | 2,000 | $9.18 | $18,360.00 | 9/19/2017 | 2,000 | $6.02 | $12,040.00 | | | | $ (6,320.00) |
| | | | | | | | | | | | |
| TOTALS | Shares Purchased | | Cost | | Shares Sold | | Proceeds from Sales | Retained Shares | | Retained Value | LIFO Loss |
| | 15,310 | | $161,266.20 | | 10,000 | | $75,780.00 | 7,310 | | $27,348.73 | $ (58,137.47) |

**Account 2**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/2016 | 2,000 | $9.48 | $18,960.00 | 12/9/2016 | 2,000 | $11.03 | $22,060.00 | | | | $ 3,100.00 |
| 12/16/2016 | 4,000 | $11.87 | $47,480.00 | | | | | 4,000 | $3.74 | $14,965.11 | $ (32,514.89) |
| | | | | | | | | | | | |
| TOTALS | Shares Purchased | | Cost | | Shares Sold | | Proceeds from Sales | Retained Shares | | Retained Value | LIFO Loss |
| | 6,000 | | $66,440.00 | | 2,000 | | $22,060.00 | 4,000 | | $14,965.11 | $ (29,414.89) |

**Account 3**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2016 | 2,000 | $11.58 | $23,160.00 | 12/23/2016 | 2,000 | $11.73 | $23,460.00 | | | | $ 300.00 |
| 1/3/2017 | 1,000 | $9.18 | $9,180.00 | | | | | 1,000 | $3.74 | $3,741.28 | $ (5,438.72) |
| 1/3/2017 | 2,000 | $9.18 | $18,360.00 | 9/19/2017 | 2000 | $6.02 | $12,040.00 | | | | $ (6,320.00) |
| | | | | | | | | | | | |
| TOTALS | Shares Purchased | | Cost | | Shares Sold | | Proceeds from Sales | Retained Shares | | Retained Value | LIFO Loss |
| | 5,000 | | $50,700.00 | | 4,000 | | $35,500.00 | 1,000 | | $3,741.28 | $ (11,458.72) |

**Account 4**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/2017 | 1,600 | $9.24 | $14,784.00 | | | | | 1,600 | $3.74 | $5,986.04 | $ (7,197.96) |
| | | | | | | | | | | | |
| TOTALS | Shares Purchased | | Cost | | Shares Sold | | Proceeds from Sales | Retained Shares | | Retained Value | LIFO Loss |
| | 1,600 | | $14,784.00 | | | | | 1,600 | | $5,986.04 | $ (7,197.96) |

**Account 5**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Time of Filing | Per Security Value | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/2017 | 710 | $9.21 | $6,539.10 | | | | | 710 | $3.74 | $2,656.31 | $ (3,882.79) |
| | | | | | | | | | | | |
| TOTALS | Shares Purchased | | Cost | | Shares Sold | | Proceeds from Sales | Retained Shares | | Retained Value | LIFO Loss |
| | 710 | | $6,539.10 | | | | | 710 | | $2,656.31 | $ (3,882.79) |