**Law Offices of Jan Meyer & Associates, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

Counsel for Gregory Hayer

*(Additional Counsel on signature page)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON KERZNOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>OPKO HEALTH, INC., PHILLIP FROST, ADAM LOGAL, AND JUAN F. RODRIGUEZ,<br><br>                Defendants. | Case No. 2:18-cv-13834-SRC-CLW<br><br>**NOTICE OF NON-OPPOSITION OF GREGORY HAYER**<br><br><u>CLASS ACTION</u><br><br>**MOTION DAY:**<br>**December 17, 2018** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lead Plaintiff Movant Gregory Hayer hereby files this Notice of Non-Opposition, as it appears that competing Movant the Amitim Funds, consisting of five Israel-based pension funds, have asserted the largest financial interest in this litigation and are, therefore, the presumptive lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(iii).

This Non-Opposition shall have no impact on Mr. Hayer's membership in the proposed class, his right to share in any recovery obtained for the benefit of class members, and his ability

00479456;V1

to serve as a representative party should the need arise. Mr. Hayer remains ready, willing, and able to serve as Lead Plaintiff if necessary.

.

Dated: December 3, 2018

Respectfully submitted,

/s/ Richard L. Elem
**Law Offices of Jan Meyer & Associates, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson
Daniel Sadeh
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
          lhasson@bernlieb.com
          dsadeh@bernlieb.com

*Counsel for Gregory Hayer*

## CERTIFICATE OF SERVICE

I, Richard L. Elem, hereby certify that on December 3, 2018, a true and correct copy of the annexed **NOTICE OF NON-OPPOSITION OF GREGORY HAYER** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 3, 2018                              /s/ Richard L. Elem
                                                     Richard L. Elem

00479456;V1                              2