Avi Josefson (*pro hac vice* forthcoming)
Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
avi@blbglaw.com
michaelb@blbglaw.com

James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**
  **OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Counsel for Proposed Lead Plaintiff the Amitim Funds and Proposed Lead Counsel for the Class*

*Liaison Counsel for Proposed Lead Plaintiff the Amitim Funds and Proposed Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON KERZNOWSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>OPKO HEALTH, INC., PHILLIP FROST, ADAM LOGAL, and JUAN F. RODRIGUEZ,<br><br>              Defendants. | Case No. 2:18-cv-13834-SRC-CLW<br>Hon. Stanley R. Chesler<br><br>**MOTION DAY: December 17, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF THE AMITIM FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD AND LIAISON COUNSEL**

The Amitim Funds[1] respectfully submit this reply in further support of their unopposed motion to be appointed Lead Plaintiff and for approval of their selection of Bernstein Litowitz as Lead Counsel and Carella Byrne as Liaison Counsel for the Class. *See* ECF No. 15.

The Amitim Funds are the presumptive Lead Plaintiff in this action. On November 13, 2018, the Amitim Funds and eleven other movants sought appointment as Lead Plaintiff. In recognition that the Amitim Funds have the largest financial interest of any movant and are otherwise adequate to represent the Class, nine of the eleven competing movants either withdrew their motions (*see* ECF Nos. 18, 21, 24, 27, 30), or stated that they do not oppose the Amitim Funds' appointment as Lead Plaintiff (*see* ECF Nos. 20, 22, 23, 28). The remaining two movants—Zodiac Group and Jacobs—failed to file oppositions to the Amitim Funds' motion by the December 3 deadline. As a result, they abandoned their motions. *See Sklar v. Amarin Corp. PLC*, No. 13-cv-06663 (FLW)(TJB), 2014 WL 3748248, at *4 (D.N.J. July 29, 2014) (competing movants "abandoned their motions by not otherwise fil[ing] any additional papers indicating any opposition"). Accordingly, the Amitim Funds' motion is unopposed.

In addition to asserting the "largest financial interest" in these claims, the Amitim Funds also satisfy the typicality and adequacy requirements of Rule 23. *See* ECF Nos. 15-1 at 6-8; 29 at 5-6. The Amitim Funds' claims are typical because, like all other Class members, the Amitim Funds: (1) purchased OPKO stock during the Class Period, (2) at prices artificially inflated by Defendants' materially false and misleading statements and/or omissions, and (3) were damaged thereby. *See* ECF Nos. 15-1 at 6-7; 29 at 5. Moreover, the Amitim Funds also satisfy Rule 23's adequacy requirement because they are capable of fairly and adequately protecting the interests of

---

[1] All capitalized terms are defined in the Amitim Funds' opening and opposition briefs, unless otherwise indicated. *See* ECF Nos. 15-1 & 29.

the Class, and there is no conflict of interest between the Amitim Funds and those of other Class members.  *See* ECF Nos. 15-1 at 7-8; 29 at 5-6.

Accordingly, the Amitim Funds respectfully request that the Court appoint them as Lead Plaintiff and otherwise grant their motion.

Dated:  December 10, 2018

Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**
  **OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Liaison Counsel for Proposed Lead Plaintiff the Amitim Funds and Proposed Liaison Counsel for the Class*

Avi Josefson (*pro hac vice* forthcoming)
Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff the Amitim Funds and Proposed Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of December 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ James E. Cecchi*

James E. Cecchi

3