# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON KERZNOWSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPKO HEALTH, INC., PHILLIP FROST, ADAM LOGAL, and JUAN F. RODRIGUEZ,<br><br>Defendants. | Case No. 2:18-cv-13834-SRC-CLW<br>Hon. Stanley R. Chesler |

### [PROPOSED] ORDER APPOINTING THE AMITIM FUNDS AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD AND LIAISON COUNSEL

Upon consideration of (1) the Motion of the Amitim Funds[1] for appointment as Lead Plaintiff and approval of their selection of Lead and Liaison Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of James E. Cecchi; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Amitim Funds' Motion is **GRANTED**.

2. The Amitim Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. The Amitim Funds' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. is **APPOINTED** as Liaison Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. This action shall be captioned "*In re OPKO Health, Inc. Securities Litigation*" and shall be maintained under master file number 2:18-cv-13834-SRC-CLW.

---

[1] The "Amitim Funds" consist of the following five related Israel-based pension funds: Mivtachim The Workers Social Insurance Fund Ltd.; Keren Hgimlaot Hmerkazit Histadrut Central Pension Fund Ltd.; Kerren Makefet Pension and Provident Center Cooperative Society Ltd.; The Hadassah Workers Pension Fund Ltd.; and The "Egged" Members Pension Fund Ltd.

**IT IS SO ORDERED.**

Dated: _____2/4_____, 20_19_

_____
Honorable Stanley R. Chesler, U.S.D.J.