**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| In re OPKO HEALTH, INC. SECURITIES LITIGATION, | : : : : : : | Civil Action No. 18-13834 (SRC)<br><br>ORDER |

**CHESLER**, District Judge

      This matter having come before the Court upon various motions for appointment as lead plaintiff in this putative class action; and certain motions having been withdrawn; and the movants that had filed the remaining motions having not opposed the appointment of the Amitim Funds as Lead Plaintiff; and the Court having granted the motion filed by the Amitim Funds and appointed the Amitim Funds as Lead Plaintiff by Order dated February 4, 2019 (ECF 36); therefore

      **IT IS** on this 5th day of February, 2019,

      **ORDERED** that the motions for appointment as lead plaintiff docketed at ECF 11, 13, 14, 16, and 17 be and hereby are **DISMISSED**.

                                                                s/Stanley R. Chesler
                                                                STANLEY R. CHESLER
                                                                United States District Judge