**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

CL

| | |
|---|---|
| JASON KERZNOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OPKO HEALTH, INC., et. al,<br><br>    Defendants. | Case No.: 18-cv-13834-SRC-CLW |

**ORDER TRANSFERRING ACTION TO THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

This matter having come before the Court on Defendant OPKO Health, Inc.'s letter to the Court, dated December 19, 2018,

WHEREAS, counsel for the Defendants and the Amitim Funds have met and conferred, and agree that, pursuant to 28 U.S.C. § 1404(a), the interests of justice and the convenience of parties and witnesses would be best served by transferring this action to the United States District Court for the Southern District of Florida,

WHEREAS, counsel for the Plaintiff takes no position on the transfer issue;

On this 5 day of February, 2019, it is hereby,

ORDERED that this action is transferred to the United States District Court for the Southern District of Florida;

ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the Southern District of Florida.

DONE and ORDERED in Chambers on this 4 day of 2019,
2018.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE