UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHARLES STEINBERG, individually and
on behalf of all others similarly situated,
     Plaintiff,
     vs.                              **Case Number:  18-23786-CIV-MARTINEZ-OTAZO-REYES**

OPKO HEALTH, INC., PHILLIP FROST,
ADAM LOGAL, and JUAN RODRIGUEZ,
     Defendants.
_____/

ADSPORTS, INC. and AMIDEX FUNDS,
     Plaintiffs,

     vs.                              **Case Number: 19-20003-CIV-MARTINEZ-OTAZO-REYES**

OPKO HEALTH, INC. and PHILLIP
FROST,
     Defendants.
_____/

JASON KERZNOWSKI, individually and
on behalf of all others similarly situated,
     Plaintiff,

     vs.                              **Case Number:  19-20502-CIV-MARTINEZ-OTAZO-REYES**

OPKO HEALTH, INC., PHILLIP FROST,
ADAM LOGAL, and JUAN F. RODRIGUEZ,
     Defendants.
_____/

## ORDER CONSOLIDATING RELATED CASES

THIS CAUSE came before the Court upon *sua sponte* review of the record in the above-captioned cases.  The Court has carefully reviewed the case files and is otherwise fully advised in the premises. The Court finds that, pursuant to Fed. R. Civ. P. 42, consolidation of the above-

- 2 -

captioned cases is appropriate for all purposes. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The above-captioned actions are hereby **CONSOLIDATED** into one action for all purposes (the "Consolidated Cases").

2. All pleadings and other filings in connection with the Consolidated Cases shall be filed in **Case Number: 18-23786-CIV-MARTINEZ-OTAZO-REYES.**

3. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE Case Number: 19-20502-CIV-MARTINEZ-OTAZO-REYES and Case Number: 19-20003-CIV-MARTINEZ-OTAZO-REYES.** Accordingly, all pending motions are **DENIED as MOOT** in those cases.

4. The Clerk of the Court is **DIRECTED** to file a copy of this Order in each of the above-captioned cases.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of May, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

- 2 -